IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DANIEL C. HAGA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN GRAHAM,<br><br>Defendant. | CIVIL ACTION NO.<br>3:25-CV- 00852-KDB-SCR |
| DANIEL C. HAGA,<br><br>Plaintiff,<br><br>v.<br><br>GORDON ROBERTSON,<br><br>Defendant. | CIVIL ACTION NO.<br>5:25-CV-00183-KDB-DCK |
| DANIEL C. HAGA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, AND U.S. GOVERNMENT,<br><br>Defendants. | CIVIL ACTION NO.<br>5:25-CV-00182-KDB-SCR |
| DANIEL C. HAGA,<br><br>Plaintiff,<br><br>v. | CIVIL ACTION NO. |

1

| | 5:25-CV-00184-KDB-SCR |
|---|---|
| JOSH STEIN, NC DEPARTMENT OF JUSTICE, AND STATE BUREAU OF INVESTIGATION, | |
| Defendants. | |

## MEMORANDUM AND ORDER

After filing four legally frivolous matters within a single week, the Court ordered Plaintiff to show cause, on or before November 7, 2025, why a pre-filing review requirement should not be imposed on future filings. *See* 5:25-CV-174, Doc. No. 4. Plaintiff did not respond to that order, and the time to do so has expired. However, in the interim, Plaintiff has filled four additional complaints that largely repeat the same claims previously dismissed. Therefore, having reviewed each complaint and finding that they do not satisfy the Court's required initial review for motions to proceed in forma pauperis test, *see id.*, the Court will dismiss these matters and deny Plaintiff's motions to proceed in forma pauperis as moot.

Further, all documents submitted by the Plaintiff in the future, whether in these cases or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation. The Clerk is instructed to add these cases to Plaintiff's Filer Status Report in CM-ECF.

**SO ORDERED ADJUDGED AND DECREED**.
Signed: November 10, 2025

Kenneth D. Bell
United States District Judge